IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 08-129-GF-DLC-RKS-01 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DEANNA MARIE BLACKMAN, | |
| Defendant. | |

FILED

JAN 0 2 2014

Clerk, U.S District Court
District Of Montana
Missoula

This case was referred to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered findings and recommendations on December 16, 2013. Defendant admitted she violated Special Condition 4 of her supervised release by consuming alcohol. Judge Strong found the admission sufficient to establish the supervised release violation. He recommended that this Court revoke Defendant's supervised release and commit her to the custody of the United States Bureau of Prisons for a term of imprisonment of 12 months and one day with no supervised release to follow.

No objections were filed by either party. Judge Strong's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas*

*Corp. Commodore Bus. Mach, Inc.*, 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Strong's findings. Defendant admitted that she violated the conditions of her supervised release by consuming alcohol. The United States Sentencing Guidelines call for 3 to 9 months imprisonment. A sentence of 12 months and one day is appropriate because Ms. Blackman has repeatedly violated the conditions of her supervised release and breached the court's trust in failing to comply. A sentence of 12 months and one day will allow Ms. Blackman to qualify for "good time" credit. Discontinuing supervised release is appropriate because supervision is ineffective in this case and additional supervision is unlikely to benefit either her or the community.

IT IS ORDERED that Judge Strong's Findings and Recommendations (Doc. 73) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 2nd day of January 2014.

Dana L. Christensen, Chief Judge
United States District Court